# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ABDO MOHAMED WASEL,
f/k/a Abdo Mohamed Hassan,

        Defendant.

Case No. 17-12296

Judge Laurie J. Michelson

## ORDER

Pursuant to the Parties' stipulation dated April 9, 2019, and in light of Mohammed Hassan's age and his distance from this Court, the Parties are granted leave to depose Mr. Hassan. Should it be necessary, either party may issue any subpoenas or other lawful process to secure Mr. Hassan's attendance.

        s/Laurie J. Michelson
        LAURIE J. MICHELSON
        UNITED STATES DISTRICT JUDGE

Date: April 10, 2019

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, April 10, 2019, using the Electronic Court Filing system.

                                        s/William Barkholz
                                        Case Manager